JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO GARCIA, | CV 10-8820 PA (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on November 8, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Kathleen Sebelius, Secretary of the United States Department of Health and Human Services (the "Secretary") shall have judgment in her favor against plaintiff Marco Garcia ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the Secretary shall have her costs of suit.

IT IS SO ORDERED.

DATED: November 8, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE